UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3659

_____

UNITED STATES OF AMERICA,

v.

MATTHEW NABER,

Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2-04-cr-00173-001)
District Judge: Hon. Susan D. Wigenton

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 19, 2020

Before: McKEE, BIBAS and COWEN, *Circuit Judges*

_____

ORDER AMENDING OPINION

_____

The panel has determined that the opinion filed on July 17, 2020 shall be amended.  As this amendment does not alter the prior disposition of the appeal, the judgment entered on July 17, 2020 remains in effect.  The amended opinion shall be filed separately and the prior opinion shall be marked as withdrawn.  As the mandate in this matter has issued which included the prior opinion as an attachment, the Clerk is directed to issue a revised mandate noting that the revision has been entered so that the amended opinion may be included as an attachment.

By the Court,

s/ Theodore A. McKee
Circuit Judge

Dated:  August 26, 2020
JK/cc:  All Counsel of Record